## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JIMMY KLINE,

    VS                                                              CASE NO. 4:04cv482-WS/WCS

JAMES V. CROSBY, JR.,

### REFERRAL AND ORDER

    The motion/pleading was filed by defendant on 05/26/2005 (document #11), and referred to Magistrate Judge William C. Sherrill on 05/26/2005.

    Summary of motion/pleading: MOTION FOR ENLARGEMENT OF TIME

                                          WILLIAM M. MCCOOL, CLERK OF COURT

                                          s/ Pam Lourcey
                                          DEPUTY CLERK

---

### ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 2nd day of June, 2005, the requested relief is **GRANTED.**  The time for filing a response to the petition is extended to July 11, 2005.  Petitioner shall have until August 12, 2005, in which to file a reply, if desired.

                                          S/ William C. Sherrill
                                          UNITED STATES MAGISTRATE JUDGE