IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY KLINE,

        Petitioner,

v.                                            4:04cv482-WS

JAMES V. CROSBY,

        Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed October 14, 2005.  See Doc. 15.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed.  The petitioner has filed objections (doc. 16) to the magistrate judge's report.

      Having carefully considered the record in light of the objections, this court has determined that the petitioner's petition for writ of habeas corpus must be denied for the reasons given by the magistrate judge.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 15) is hereby ADOPTED and incorporated by reference into this order.

2.  The respondent's motion to dismiss (doc. 13) is GRANTED.

3.  The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DISMISSED WITH PREJUDICE.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this October 20, 2005.


 /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:04cv482-WS